IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| DEBRA PERRY ROBINSON, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | No. 2:14-cv-00257-RWS-RSP |
| UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Before the Court is the Report and Recommendation (Docket No. 13) by Magistrate Judge Payne, which recommends that this case be dismissed without prejudice. Neither party filed objections to the Report.

The Magistrate Judge's March 15 Report was mailed to Plaintiff's last known address, but was returned as undeliverable. Docket No. 20. Plaintiff is a *pro se* litigant, and under the Local Rules of the Eastern District of Texas, *pro se* litigants must provide the Court with a physical address and are "responsible for keeping the clerk advised in writing of the current physical address." Local Rule CV-11(d). To date, Plaintiff has not updated his address with the Court or filed a response to the Report.

Having considered the Report and Recommendation, the Court agrees that the petition should be dismissed for failure to prosecute. Accordingly, **IT IS ORDERED** that Magistrate Judge Report and Recommendation (Docket No. 13) is hereby **ADOPTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is directed to close the case.

**SIGNED this 4th day of September, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE